# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:24−cv−00025−RGA

Stochevski v. Weingarten et al  
Assigned to: Judge Richard G. Andrews  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/10/2024  
Date Terminated: 04/04/2024  
Jury Demand: Plaintiff  
Nature of Suit: 160 Stockholders Suits  
Jurisdiction: Federal Question

**Plaintiff**

**Walter Stochevski**  
*Derivatively on Behalf of Nominal Defendant SentinelOne, Inc.*

represented by **Seth Rigrodsky**  
Rigrodsky Law, P.A.  
300 Delaware Avenue  
Suite 210  
Wilmington, DE 19801  
302−295−5310  
Email: sdr@rl−legal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gina M. Serra**  
Rigrodsky Law, P.A.  
300 Delaware Avenue  
Suite 210  
Wilmington, DE 19801  
302−295−5306  
Email: gms@rl−legal.com  
*ATTORNEY TO BE NOTICED*

**Herbert W. Mondros**  
Rigrodsky Law, PA  
300 Delaware Ave.  
Suite 210  
Wilmington, DE 19801  
302−295−5304  
Email: hwm@rl−legal.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tomer Weingarten**

represented by **Thomas Parker Will**  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
302−351−9178  
Email: twill@mnat.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Bernhardt** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charlene T. Begley** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aaron Hughes** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark S. Peek** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ana Pinczuk** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Scheinman** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teddie Wardi** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey W. Yabuki** represented by **Thomas Parker Will**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

| | | |
|---|---|---|
| **SentinelOne, Inc.** | represented by | **Thomas Parker Will** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2024 | Ï 1 | COMPLAINT filed with Jury Demand against Charlene T. Begley, David Bernhardt, Aaron Hughes, Mark S. Peek, Ana Pinczuk, and Daniel Scheinman (Filing fee $ 405, receipt number ADEDC–4311914.) – filed by Walter Stochevski. (Attachments: # 1 Verification of Walter Stochevski, # 2 Civil Cover Sheet) (mkr) (Entered: 01/11/2024) |
| 01/10/2024 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mkr) (Entered: 01/11/2024) |
| 01/10/2024 | Ï | No Summons Issued. (mkr) (Entered: 01/11/2024) |
| 01/17/2024 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 01/17/2024) |
| 03/21/2024 | Ï 3 | STIPULATION and [Proposed] Order Regarding Stay of Action by Walter Stochevski. (Rigrodsky, Seth) (Entered: 03/21/2024) |
| 03/22/2024 | Ï 4 | ORAL ORDER: The parties are requested to show cause why I should not transfer this case to the Northern District of California. Further, Plaintiff is directed to advise how many shares of SentinelOne, Inc. he owned during the relevant time period. Both submissions are due no later than April 5, 2024. Ordered by Judge Richard G. Andrews on 3/22/2024. (nms) (Entered: 03/22/2024) |
| 04/04/2024 | Ï 5 | RESPONSE to 4 Oral Order to Show Cause, filed by Walter Stochevski. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rigrodsky, Seth) Modified on 4/4/2024 (nms). (Entered: 04/04/2024) |
| 04/04/2024 | Ï 6 | STIPULATION and Proposed Order Transferring Action Pursuant to 28 U.S.C. 1404(a), by Walter Stochevski. (Rigrodsky, Seth) Modified on 4/4/2024 (nms). (Entered: 04/04/2024) |
| 04/04/2024 | Ï 7 | SO ORDERED Granting 6 Stipulation and Proposed Order Transferring Action Pursuant to 28 U.S.C. 1404(a). Signed by Judge Richard G. Andrews on 4/4/2024. (nms) (Entered: 04/04/2024) |
| 04/04/2024 | Ï | Case transferred to the United States District Court for the Northern District of California. (nms) (Entered: 04/04/2024) |